```
                                                            FILED
                                                      U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF LA

                                                    2000 FEB 18  P 12: 32

                                                    LORETTA G. WHYTE
                                                          CLERK
```

USA No. 1999Z00183

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0183 |
| v. | * | SECTION: "B" (3) |
| LLOYD PHIPPS, | * | |
| Defendant. | * | |

\* \* \*

### CONSENT JUDGMENT

Plaintiff United States of America and the defendant, Lloyd Phipps, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Lloyd Phipps in the amount of $5,104.06, plus interest accruing on the principal amount at the rate of 8% per annum or the daily rate of $0.83 from November 29, 1999 to date of judgment and interest from date of judgment until paid in full

DATE OF ENTRY FEB 2 2 2000



```
___ Prcss
 X  Dktd
___ CtRmDep
    Doc.No.  3
```

at the Treasury bill rate, 28 U.S.C. § 1961; plus the costs of this proceeding.

New Orleans, Louisiana, this 17th day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

_____
LLOYD PHIPPS
Defendant

2