**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAR -8 PM 3:50
LORETTA G. WHYTE
CLERK

*Financial Litigation Unit*    *Hale Boggs Federal Building*    Telephone: (504) 680-3000
                               *501 Magazine Street, Second Floor*    Fax: (504) 589-3602
                               *New Orleans, LA 70130*

March 9, 2001

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

    Re:  United States v. Lloyd Phipps
          Civil Action No. 00-0183

Dear Mrs. Whyte:

    The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

    Your assistance is appreciated.

                          Very truly yours,

                          EDDIE J. JORDAN, JR.
                          UNITED STATES ATTORNEY

                          ENEID A. FRANCIS
                          Assistant United States Attorney
                          Chief, Civil Division